UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GEORGE,<br><br>               Plaintiff,<br><br>     v.<br><br>RAMON GOVEA,<br><br>               Defendant. | Case No. 2:25-cv-5017-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: September 22, 2025

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE